M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Patrick Torbert
_____ )
Full name and prison name of )
Plaintiff(s) )
 )
 )
v. )
 )
Opelika police Dept. )
Leutinent Clark and the )
arresting officer. )
Leutinant Clark gave the )
command to arrest me, falsely )
accused me of a crime. )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

2007 JUN 15 A 9: 23

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO. 3:07 CV530
(To be supplied by Clerk of U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☑

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) Opelika City Jail, when at the time Leutinant Clark was a sgt. over the Jail. My lawsuit was about the Jails conditions.

Defendant(s) The conditions were unfit for any Human Being, it was covered up.

2. Court (if federal court, name the district; if state court, name the county) Lee County, State of Ala, ive written to you on several occasions in the past.

3. Docket number *None.*

4. Name of judge to whom case was assigned *None.*

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) *Hopefully*

6. Approximate date of filing lawsuit *2006, 2005*

7. Approximate date of disposition *I can't recall exactly.*

II. PLACE OF PRESENT CONFINEMENT *Lee County Justice Center.*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED *Opelika.*

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

1. *Leutinant Clark* — *I don't know*
2. *The arresting officers I don't know their names,*
3. *it should be on record the names of the officers*
4. *they on file the address at the Opelika City*
5. *Jail is 501 South 10th St. Opelika Ala, 36801.*
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED *3/22/07*

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *#1 falsely accused of breaking and entering and theft III #2 humiliated to sit in the middle of the*

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

street (detained for 20 minutes) while (they come back and give me a charge or charges) (when stopped i) (didn't) have (anything on my person) (after being checked) #3 Racial Slurs #4 not Read my (Moranda Rights) #5 (Harrased) Constantly (on numerous occasions) #6 i was (walking towards)

GROUND TWO: (not) coming from the direction the crime was supposedly been committed) with (nothing on my person) #7 Not (caught in any act of criminal activity) #8 i didn't have

SUPPORTING FACTS: (any items) (or articles) from (any crime) or (any evidence) #9 No (Tapes) (cameras) or (picture of me) (comitting any crime) (or act of a crime) #10 (No Human Being) (male) or (female) or (eyewitness) or (witnesses) simply Because it (was not me) (or have any knowledge of such a crime) #11 No (finger prints) or (footprints) or (DNA) (to connect me to any

GROUND THREE: to this or any other crime) that (supposedly) comitted (that night) they (assumed) maybe Because i was (the only Black Man) walking in that area. #12 i was (cuffed

SUPPORTING FACTS: up) handled very badly, my left leg and my (back had bruises) on it the Doctor that seen me here in the Lee County Justice center along with the (nurse) can verify the officers Brutilized me #14 (threatened) to sign statement without a lawyer present) 15# (false documentation) of the (so called charges) i (supposedly comitted) #16 accusations) or (assumptions) (just to solve a case) #17 illegally (searched) and Stopped for no apparent Reason other than my Race. #18 no tools to break in a (vehicle) or (no tools) to break in any (establishment) or (House) etc. etc. just (assumptions) and (accusations) (mainly) Because of my (ethnic background)

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I wish that this would be investigated as well as legally pursued it should be thrown out or categorized as a (no bill) in a (meeting) and being (wrongly accused) of a crime I most certainly did not commit please! Help me.

*Patrick Torbert*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/12/07.
(Date)

*Patrick Torbert*
Signature of plaintiff(s)

Patrick Wooden
P.O. Box 2407
Opelika, Ala, 36801.

Office of The Clerk
United States District Court,
P.O. Box 711
Montgomery, Ala, 36101-0711.

Legal / Official Legal Mail.

