AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

RECEIVED
2007 JUN 15 A 9:24
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Patrick Torpert
**Plaintiff**

V.

Opelika Police et. al.
**Defendant**

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 3:07cv530-MEF

I, _____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☑ Yes     ☐ No     (If "No," go to Part 2)
   If "Yes," state the place of your incarceration __Lee County Justice Center__
   Are you employed at the institution? __No__  Do you receive any payment from the institution? __No__
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?     ☐ Yes     ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _I cut grass, rake leaves in the neighborhood, odd jobs clean up lawns etc. 5 to 6 yards / pick up cans, painting. on a very good week_

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☑ Yes   ☐ No
   b. Rent payments, interest or dividends              ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments    ☐ Yes   ☑ No
   d. Disability or workers compensation payments       ☐ Yes   ☑ No  _not yet applied for_
   e. Gifts or inheritances                             ☐ Yes   ☑ No  _once denied_
   f. Any other sources                                 ☐ Yes   ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. _once im released i will start back cutting grass, raking leaves, doing lawn service, in the neighborhood area pick up cans, painting. on a good week i can make anywhere from 250$ to 300$ Hundred dollars. 5 to 6 yards a week_

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _None as of yet_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

   _None_

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _I (had) a young lady up until my incarceration and her little son, i use to help pay bills, then she left me once i got arrested she moved on i guess i haven't heard from her._

I declare under penalty of perjury that the above information is true and correct.

_6/12/07_  _Patrick Torbert_
Date                                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.