IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICK TORBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:07-CV-530-MEF |
| | ) |
| LT. CLARK, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Pursuant to Rule 4(m), *Federal Rules of Civil Procedure*, the Court hereby provides notice to service has not been made upon defendant Clark.  Accordingly, it is

ORDERED that on or before June 27, 2008 the plaintiff shall furnish the clerk's office with the correct address of Lt. Clark so that the court may attempt to perfect service on the defendant.  The plaintiff is advised that if he fails to comply with this order the undersigned will issue a Recommendation dismissing all claims against defendant Clark without prejudice unless he can establish good cause for his failure to comply with the service requirements of Rule 4(m).

Done this 12th day of June, 2008.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE